THE STATE OF OHIO, APPELLEE, *v.* SCARBOROUGH, APPELLANT.

[Cite as *State v. Scarborough* (1998), 84 Ohio St.3d 22.]

(No. 98–1015—Submitted October 13, 1998—Decided November 25, 1998.)

*Timothy A. Oliver,* Warren County Prosecuting Attorney, and *Rachel A. Hutzel,* Assistant Prosecuting Attorney, for appellee.

*Gray &. Duning* and *Donald E. Oda II,* for appellant.

The judgment of the court of appeals is affirmed on the authority of *State v. Cook* (1998), 83 Ohio St.3d 404, 700 N.E.2d 570.

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.